Estado Libre Asociado de Puerto Rico
TRIBUNAL DE APELACIONES
PANEL VII

| | | |
|---|---|---|
| **WILSON VÁZQUEZ DÍAZ**<br><br>Parte Apelante<br><br>v.<br><br>**MOROVIS COMMUNITY HEALTH CENTER INC. Y OTROS**<br><br>Parte Apelada | KLAN202500343 | *APELACIÓN* procedente del Tribunal de Primera Instancia Sala Superior de **Arecibo**<br><br>Caso Número: **AR2023CV00362 (Salón 401)**<br><br>Sobre:<br><br>**DESPIDO INJUSTIFICADO (LEY NÚM. 80) Y OTROS** |

Panel integrado por su presidenta, la Juez Domínguez Irizarry, el Juez Ronda del Toro y el Juez Pérez Ocasio

Pérez Ocasio, Juez Ponente

**SENTENCIA**

En San Juan, Puerto Rico, a 30 de mayo de 2025.

A la solicitud de desistimiento del apelante, presentada el *29 de mayo de 2025*, se declara **Con Lugar** la misma, a tenor con la Regla 83(A) del Reglamento del Tribunal de Apelaciones, 4 LPRA Ap. XXII-B, R. 83(A).

Consecuentemente, se ordena el archivo definitivo de esta causa.

Lo acordó y manda el Tribunal, y certifica la Secretaria del Tribunal de Apelaciones.

Lcda. Lilia M. Oquendo Solís
Secretaria del Tribunal de Apelaciones

Número Identificador
SEN2025 _____